

# IN THE
# TENTH COURT OF APPEALS

No. 10-13-00139-CR

SHAVONDA WASHINGTON,

                                                              Appellant

 v.

THE STATE OF TEXAS,

                                                              Appellee

From the County Court
Navarro County, Texas
Trial Court No. C34396-CR

## ABATEMENT ORDER

The appellant's brief is overdue in this appeal. The Clerk of the Court's July 5, 2013 letter to appellant's counsel states that appellant's brief was due to be filed on or before June 24, 2013 and that unless a brief or satisfactory response was received within 14 days, the Court would abate this cause to the trial court for a hearing to determine why a brief has not been filed on appellant's behalf and to assure that appellant is receiving effective assistance of counsel.

Because appellant's brief was not filed within 14 days, we abate this appeal to the trial court to conduct any necessary hearings within 21 days of the date of this order in accordance with Texas Rule of Appellate Procedure 38.8(b)(2) and (3).  TEX. R. APP. P. 38.8(b)(2), (3).

The supplemental clerk's and reporter's records required by the rule, if any, are ordered to be filed within 35 days of the date of this Order.  *See id.*

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal abated
Order issued and filed August 8, 2013
Do not publish